**No. 10-5449. Wilken Ruiz-Guifarro, Petitioner v. United States.**

562 U.S. 922, 131 S. Ct. 301, 178 L. Ed. 2d 195, 2010 U.S. LEXIS 7295.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 375 Fed. Appx. 392.